United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Larkin Emergency Physicians, LLC,  )<br>Plaintiff,                         )<br>                                   )<br>v.                                 )   Civil Action No. 21-22475-Civ-Scola<br>                                   )<br>Aetna Life Insurance Company,      )<br>Defendant.                         ) | |

**Order Requiring Discovery and Scheduling Conference and
Order Referring Discovery Matters to the Magistrate Judge**

This matter is before the Court upon an independent review of the record. This is an ERISA benefits denial case. In order to resolve this matter justly, promptly, and economically, it is **ordered and adjudged** as follows:

1. The Plaintiff must forward a copy of this order to every Defendant immediately upon the filing of the first appearance by a Defendant in this case. If a Defendant has removed this action from state court, the removing Defendant must immediately forward a copy of this order to every party who has made an appearance in the state court action. Any party with a pending motion in the state-court action *must* separately refile the motion in this Court or the Court will not consider the motion.

2. Within 14 days of the filing of a response to the complaint by a Defendant in this matter, the parties must meet and confer regarding discovery and scheduling issues, as set out in Federal Rule of Civil Procedure 26(f) and Local Rule 16.1(b). If this matter has been removed from state court the parties' discovery-and-scheduling conference must occur within 14 days of this Order.

3. Within seven days of the parties' discovery-and-scheduling conference, the parties must file a joint discovery-plan-and-conference report, as set forth in Federal Rule of Civil Procedure 26(f)(3) and Local Rule 16.1(b)(2).

4. **The parties are ordered to disregard the requirements of Local Rule 16.1 and Federal Rule of Civil Procedure 26(f)(3)(B) regarding any proposed deadlines or dates certain**. Instead, it is the Court's practice to set ERISA benefits denial cases on an expedited case track. This expedited case track requires the parties to complete discovery approximately three months from of the date of the Court's scheduling order, and provides for a trial date approximately six and a half months from of the date of the Court's scheduling order. The Court's expedited case track is set forth in Attachment "A" to this order. If the parties believe that this case is uniquely complex and requires more time the parties must set out the reasons justifying a more protracted

schedule along with a proposed schedule of trial and pretrial deadlines. The proposed schedule must be submitted in substantially the same format as the schedule presented in the Attachment to this order with all proposed date or event deviations *italicized*. Regardless of any proposed changes, the dispositive motions deadline must be set no later than four months before the commencement of the proposed trial period and no sooner than two weeks after the close of all fact discovery. **Any failure to comply with the directions in this paragraph may result in the Court unilaterally setting the deadlines itself**.

5. <u>Magistrate Judge Referral</u>. By virtue of 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the Court refers all discovery matters in this case to United States Magistrate Judge Jonathan Goodman to take all necessary and proper action as required by law.

6. <u>Settlement Conference Before Magistrate Judge</u>. The parties may, at any time, file a motion requesting a settlement conference before Judge Goodman. The Court encourages the parties to consider a confidential settlement conference with Judge Goodman, especially if the parties believe there is a meaningful chance of reaching an early, amicable resolution of their dispute.

7. <u>Discovery Motion Procedures</u>. Judge Goodman will enter a separate order regarding his discovery procedures.

**Done and ordered** in Miami, Florida, on July 16, 2021.

_____
Robert N. Scola, Jr.
United States District Judge

**Attachment "A": Timeline for ERISA benefits-denial cases**

| weeks after entry of the scheduling order | |
|---|---|
| 4 weeks | Deadline to join additional parties or to amend pleadings. |
| 7 weeks | Deadline to file proposed order scheduling mediation, setting forth the name of the mediator, and the date, time, and location of the mediation. |
| 9 weeks | Deadline to file joint interim status report. |
| 13 weeks | Deadline to complete all discovery (fact & expert)<br><br>Deadline to submit joint notice indicating whether the parties consent to jurisdiction before the designated magistrate judge for purposes of final disposition. |
| 14 weeks | Deadline for the filing of all dispositive motions. |
| 16 weeks | Deadline to complete mediation. |
| 8 weeks BEFORE calendar call | Deadline for the filing of pretrial motions, including motions in limine and *Daubert* motions |
| 4 weeks BEFORE the trial date | Deadline to file joint pretrial stipulation pursuant to Local Rule 16.1(e) and pretrial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3). |
| 2 weeks BEFORE the trial date | Deadline to file proposed findings of fact and conclusions of law pursuant to Local Rule 16.1(k). |
| 26 weeks (approximate) | Two-week trial period commences (calendar call will be scheduled on the Tuesday before the trial date). |