United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Larkin Emergency Physicians, LLC,<br>Plaintiff,<br><br>v.<br><br>Aetna Life Insurance Company,<br>Defendant. | )<br>)<br>)<br>)<br>) Civil Action No. 21-22475-Civ-Scola<br>)<br>)<br>) |

### Transfer Order

This civil action involves facts and issues that are substantially similar to an earlier-filed action pending before United States District Court Judge Jose E. Martinez bearing the case number 21-22472-Civ-Martinez. In keeping with Internal Operating Procedure 2.15.00 of this Court, the judges involved have determined that that this action should be transferred to the judge to whom the earlier-filed action is assigned. Subject to Judge Martinez's consent, the Court directs the Clerk to **transfer** this case to Judge Martinez, consistent with Internal Operating Procedure 2.15.00.

**Done and ordered** in Miami, Florida, on July 29, 2021.

_____
Robert N. Scola, Jr.
United States District Judge

After reviewing this matter, I accept the transfer of this action, and order that all future filings in this action bear the case number **21-22475-Civ-Martinez**, indicating the judge to whom all filings should be routed or otherwise brought for attention.

**This transfer is accepted** in Miami, Florida, on August 2, 2021.

_____
Jose E. Martinez
United States District Judge