

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:21-cv-22475-RNS (Scola/Goodman)

LARKIN EMERGENCY PHYSICIANS, LLC, a Florida Corporation (o/b/o Member # W236761343),

        Plaintiff,

v.

AETNA LIFE INSURANCE COMPANY, a Foreign Corporation,

        Defendant.
_____/

## NOTICE OF CONVENTIONAL FILING

PLEASE TAKE NOTICE that Defendant, Aetna Life Insurance Company, filed a Notice of Appearance for Cameron A. Baker, Esq., on Behalf of Defendant by conventional means. Cameron A. Baker, Esq., is admitted in the Southern District of Florida; however, has not yet completed the required CM/ECF training course due to training registration being unavailable at this time. The undersigned expects to complete the CM/ECF training course in the near future as required by the Southern District of Florida.

Dated: July 28, 2021
      West Palm Beach, FL

Respectfully submitted,

DAVID J. DePIANO, ESQ.
Florida Bar No. 0055699
E-Mail: ddepiano@foxrothschild.com
CAMERON A. BAKER, ESQ.
E-Mail: cbaker@foxrothschild.com
Florida Bar No. 125825
Fox Rothschild LLP
777 S. Flagler Dr., Suite 1700
West Palm Beach, Florida 33401

124816419.1

                                        Telephone:   (561) 835-9600
                                        Facsimile:   (561) 835-9602
                                        *Attorneys for Defendant Aetna Life Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 28, 2021, the foregoing document is being filed by conventional means and a true and correct copy of the foregoing has been served to all counsel of record identified in the Service List below via first class U.S. mail.

                                                  CAMERON A. BAKER, ESQ.

## SERVICE LIST

*Larkin Emergency Physicians, LLC (o/b/o Member W#236761343)*
*v. Aetna Life Insurance Company*
Case No.: 1:21-cv-22475-RNS (Scola/Goodman)
United States District Court, Southern District of Florida

| | |
|---|---|
| Patrick R. Sullivan, Esq.<br>E-Mail: prs@lubellrosen.com<br>Mark L. Rosen, Esq.<br>E-Mail: mlr@lubellrosen.com<br>Sean B. Linder, Esq.<br>E-Mail: sbl@lubellrosen.com<br>Lubell \| Rosen<br>Museum Plaza, Suite 900<br>200 S. Andrews Ave.<br>Ft. Lauderdale, FL 33301<br>Tel: (954) 880-9500<br>Fax: (954) 755-2993<br>Attorneys for Plaintiff<br>*Via First Class U.S. Mail* | David J. DePiano, Esq.<br>E-Mail: ddepiano@foxrothschild.com<br>Cameron A. Baker, Esq.<br>E-Mail: cbaker@foxrothschild.com<br>Fox Rothschild LLP<br>777 S. Flagler Dr., Suite 1700<br>West Palm Beach, FL 33401<br>Tel: (561) 835-9600<br>Fax: (561) 835-9602<br>Attorneys for Defendant<br>*Via First Class U.S. Mail* |

**FIRST CLASS MAIL**

Wilkie D. Ferguson, Jr. U.S.
Courthouse
Clerk of Court
400 North Miami Ave.
Miami, FL 33128

FOX ROTHSCHILD LLP
PHILLIPS POINT
777 SOUTH FLAGLER DRIVE
SUITE 1700 WEST TOWER
WEST PALM BEACH, FL 33401








FIRST CLASS MAIL